UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 07-130-01 (JLL) |
| v. | : |
| | : ORDER APPOINTING COUNSEL |
| JOSE JAVIER SANCHEZ LARA | : |

This matter having been opened to the Court upon the request of Defendant Jose Javier Sanchez-Lara, through the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing), for an Order by the Court appointing counsel in Mr. Sanachez-Lara's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this  /2th  day of  June, 2008  that the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing) is appointed to represent Jose Javier Sanchez-Lara in this matter.

_____
HONORABLE JOSE L. LINARES
United States District Court Judge