UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-0130-001 (JLL) |
| v. : | |
| : | ORDER WITHDRAWING MOTION |
| : | FOR REDUCTION OF SENTENCE |
| JOSE JAVIER SANCHEZ-LARA : | PURSUANT TO 18 USC § 3585 (c)(2) |

This matter having been opened to the Court upon the request of Defendant Javier Sanchez-Lara, through the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing), for an Order by the Court withdrawing Mr. Sanchez-Lara's Motion for Reduction of Sentence Pursuant to 18 USC § 3581 (c)(2) and the accompanying Memorandum of Points and Authorities; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 25th day of June, 2008 the motion [#24] and memorandum are withdrawn.

_____
HONORABLE JOSE L. LINARES
United States District Court Judge