# UNITED STATES DISTRICT COURT
for the
NEWARK District of NEW JERSEY

United States of America )
v. )
JOSE JAVIER SANCHEZ-LARA ) Case No: 2:07CR-130-JLL-01
a/k/a Edwin Filomena-Vazquez ) USM No: 28292-050
Date of Previous Judgment: JUNE 19, 2007 ) LINDA FOSTER, AFPD
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **6/18/07** months **is reduced to** **70 MOS**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: **29**          Amended Offense Level: **27**
Criminal History Category: **I**        Criminal History Category: **I**
Previous Guideline Range: **87** to **108** months   Amended Guideline Range: **70** to **87** months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **6-19-07** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **7-28-08**

_____
Judge's signature

Effective Date: **7-28-08**
(if different from order date)

JOSE L. LINARES USDJ
Printed name and title