UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 07-130 (JLL) |
| Jose Javier Sanchez-Lara | : | ORDER |

This matter having come before the Court on the motion of the defendant, Jose Javier Sanchez-Lara, and having received the response of the United States (Paul J. Fishman, United States Attorney for the District of New Jersey, Jacob T. Elberg, Assistant United States Attorney, appearing),

AND the Court having reviewed the motion of the defendant for a reduction of sentenced pursuant to 18 U.S.C. § 3582(c)(2) [docket # 31] and the response of the Government [docket #32];

AND the Court having considered the applicable statute and relevant case law;

IT IS THE FINDING OF THIS COURT that:

the recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses, which the defendant cites as the basis for his motion, does not have the effect of lowering the defendant's guideline range. Defendant's motion is therefore DENIED.

HON. JOSE L. LINARES
United States District Judge